**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

CORINNE CRABTREE, *individually and on behalf of all others similarly situated*,

      Plaintiff,

  v.

ALPHA BAKING CO., INC.,

      Defendant.

Case No.: 1:25-CV-6926

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Corinne Crabtree, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Alpha Baking Co Inc., without prejudice.

Dated: October 21, 2025,

Respectfully submitted,

By: /s/*: Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

*Counsel for Plaintiff and the Putative Class*

1